

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00039-CR

Michael **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2993
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED, and appellant's attorney is directed to contact the Clerk of this court to make arrangements to review the sealed record. If appellee desires access to the sealed record at a later date, appellee must contact the Clerk of this court to make the necessary arrangements. All parties and their attorneys are ORDERED: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person.

Additionally, we previously issued an order stating that this appeal would be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d) unless an amended trial court certification showing appellant has the right to appeal was made part of the appellate record by April 10, 2017. We subsequently granted appellant's motion for filing of the reporter's record. The reporter's record has now been filed. We, therefore, extend the deadline for filing any amended trial court certification. It is ORDERED that this appeal will be dismissed under Rule 25.2(d) unless an amended trial court certification showing appellant has the right to appeal is made part of the appellate record on or before **June 2, 2017**. *See* TEX. R. APP. P. 25.2(d).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.



Keith E. Hottle
Clerk of Court